**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

"IN ADMIRALTY"

KING OCEAN SERVICES
LIMITED, INC.,

    Plaintiff,

v.                                                CASE NO.:

AMERITRANS WORLDWIDE
LOGISTICS, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, KING OCEAN SERVICES LIMITED, INC. ("KING OCEAN"), by and through its undersigned counsel files herewith this Complaint against Defendant, AMERITRANS WORLDWIDE LOGISTICS, INC. ("AMERITRANS") and for cause of action *in personam* states as follows:

### JURISDICTION

1. This Court has subject matter jurisdiction in accordance with 28 U.S.C. §1333(1). Plaintiff is seeking to enforce rights contained in maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

### VENUE

2. Venue in this district is proper. A substantial part of the events giving rise to the claims asserted by Plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida.

## THE PARTIES

3. Plaintiff KING OCEAN SERVICES LIMITED, INC. is a Vessel Operating Common Carrier (VOCC) with a principal place of business in Miami-Dade County, Florida that provides maritime services and cargo transportation between ports in the State of Florida and international ports of origin or discharge throughout the Bahamas, Central and South America, as well as the Caribbean Basin.

4. Upon information and belief, Defendant AMERITRANS WORLDWIDE LOGISTICS, INC. is a licensed and bonded Non-Vessel Operating Common Carrier (NVOCC) with a principal place of business in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

5. From April 2025 through and including July 2025, at the request and direction of AMERITRANS, Plaintiff transported goods aboard ocean vessels from Port Everglades, Florida to Guatemala and delivered said goods to the named consignees.

6. The ocean freight and related charges invoiced by KING OCEAN for the shipments described in Paragraph 5 are itemized on the account statement attached as Exhibit "A".

7. AMERITRANS is identified as the shipper on each and every bill of lading summarized on Exhibit "A".

8. All bills of lading issued by KING OCEAN contain the following provision, "TERMS OF BILL OF LADING CONTINUED ON BACK HEREOF".

9. The Terms & Conditions that apply to ocean bills of lading issued by KING OCEAN are annexed as Exhibit "B".

10. Paragraph 1 of the Terms & Conditions attached as Exhibit "B" defines "Merchant"

as "…the <u>shipper</u>, holder of this bill of lading, consignee, receiver of the Goods and any person owning or entitled to the possession of the Goods or of this bill of lading." [Emphasis supplied].

11. As the shipper of the goods, AMERITRANS is included within the definition of "Merchant" as defined by Paragraph 1 of the Terms & Conditions attached as Exhibit "B".

12. To date, AMERITRANS has failed to compensate KING OCEAN for $10,199.61 in ocean freight and related charges earned by the carrier.

13. Paragraph 15 of the Terms and Conditions attached as Exhibit "B" states in part:

> Merchant shall be jointly and severally liable to Carrier for the performance of the obligations hereunder, including payment of all freight, demurrage, General Average and other charges, including but not limited to court costs, expenses and reasonable attorney's fees incurred in collecting sums due Carrier. Payment of ocean freight and charges to a freight forwarder, broker or anyone other than Carrier or its authorized agent, shall not be deemed payment to Carrier and shall be made at payor's sole risk.

14. As a result of Defendant's failure to pay the ocean freight and demurrage owed to the carrier, AMERITRANS is liable for the attorney's fees incurred by Plaintiff in this action. *See* Exhibit "B" ¶ 15.

## COUNT I – BREACH OF CONTRACT
(Ocean Bills of Lading)

15. Plaintiff repeats and realleges the allegations set forth in Paragraphs 1 through 14 as if fully set forth herein.

16. From April 2025 though and including July 2025, valid contracts were formed when KING OCEAN agreed to transport goods from the mainland United States to Guatemala in exchange for the ocean freight and demurrage to be paid by AMERITRANS.

17. KING OCEAN performed its contractual obligations, as well as all conditions

precedent necessary to bring this action, by transporting cargo for and delivering said goods to the named consignee.

18. AMERITRANS committed a material breach of Paragraph 15 of the bill of lading contract attached as Exhibit "B" by failing to compensate KING OCEAN for the ocean freight, demurrage and other related charges earned by the carrier.

19. KING OCEAN has suffered damages in the amount of $10,199.61.

WHEREFORE, Plaintiff, KING OCEAN SERVICES LIMITED, INC. respectfully requests for this Honorable Court to enter judgment against Defendant AMERITRANS WORLDWIDE LOGISTICS, INC. for damages in the amount of $10,199.61, pre-judgment interest, attorney's fees in accordance with Paragraph 15 of the Bill of Lading Terms & Conditions, taxable costs and disbursements of this action and any other and further relief a may be just and proper under the circumstances.

Dated:  February 19, 2026                                Respectfully submitted,

**DEE M. DOLVIN, P.A.**
*Attorney for Plaintiff*
P.O. Box 310424
Miami, Florida 33231
Telephone:  (305) 318-1919
E-mail:  Dee@DeeMDolvin.com

By: /s/ Dee M. Dolvin
_____
DEE M. DOLVIN
Florida Bar No.:  707491