EXHIBIT "A"

**KING OCEAN SERVICES LTD.**

## Accounts Receivable Aging
Includes Customer : AMERITRANS WORLDWIDE LOGISTICS, INC.
As of Friday February 13, 2026

(*) Indicate Invoice with Unposted Details

| Customer Invoice | Inv. Date | Reference | Job Number | Terms Vess/Voy. | Credit Limit Ref. / B/L No. | Current | 32 - 45 | 46 - 61 | 62 - 91 | Over 91 | Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERITRANS WORLDWIDE LOGISTICS, INC | | | 2004 | CASH | 8,000.00 | | | | | | |
| 16501459 | 04/30/2025 | | 0012500645-02 | PBA/505 | PEV/GUA38960 | | | | | 3,556.66 | 3,556.66 |
| 16508032 | 05/12/2025 | | 0012500740-02 | V2C/505 | PEV/GUA39023 | | | | | 5,145.00 | 5,145.00 |
| 16508054 | 05/12/2025 | | 0012500740-02 | V2C/505 | PEV/GUA39051 | | | | | 1,976.13 | 1,976.13 |
| 16531786 | 07/01/2025 | | 0012500979-02 | V2C/507 | PEV/GUA39436 | | | | | 1,521.82 | 1,521.82 |
| 16575191 | 10/03/2025 | LEGAL | | | ON ACCOUNT | | | | | (2,000.00) | (2,000.00) |
| | | TOTAL FOR CUSTOMER: AMERITRANS WORLDWIDE LOGISTICS, INC | | | | | | | | 10,199.61 | 10,199.61 |

**Report Summary:**

| | | | | | | | | | | 10,199.61 | 10,199.61 |
|---|---|---|---|---|---|---|---|---|---|---|---|